1

2                      IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4   JIMMIE LEE ADAMS, SR.,                    No. C 10-02444 CW (PR)

5            Petitioner,                       ORDER OF DISMISSAL WITHOUT
                                               PREJUDICE
6       v.

7   U.S. NORTHERN DISTRICT OF
    CALIFORNIA MAGISTRATE JUDGE,
8   et al.,

9            Respondents.
    _____/

10

11          On June 2, 2010, Petitioner, a state prisoner, filed the

12   present petition for a writ of habeas corpus pursuant to 28 U.S.C.

13   § 2254.  On the same day the action was filed the Court sent a

14   notification to Petitioner informing him that his action could not

15   go forward until he paid the filing fee or filed a completed

16   prisoner's in forma pauperis application.  The Clerk of the Court

17   sent Petitioner a blank in forma pauperis application and told him

18   that he must pay the fee or return the completed application within

19   thirty days or his action would be dismissed.

20          More than thirty days have passed and Petitioner has not paid

21   the filing fee, returned the in forma pauperis application or

22   otherwise communicated with the Court.  Accordingly, this action is

23   DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close

24   the file.

25          IT IS SO ORDERED.

26   Dated: 7/16/2010                    _____
                                         CLAUDIA WILKEN
27                                       UNITED STATES DISTRICT JUDGE

28

*United States District Court*
*For the Northern District of California*

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

JIMMIE LEE ADAMS SR,

4
             Plaintiff,

Case Number: CV10-02444 CW

5
   v.

**CERTIFICATE OF SERVICE**

6

US NO DIST OF CA et al,

7

             Defendant.

8
_____/

9

10
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11
That on July 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15
Jimmie Lee Adams #H-79884
Pelican Bay State Prison
5905 Lake Earl Dr
Crescent City,  CA 95531

16

17
Dated: July 16, 2010

18
Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California